882

Tywaan JOHNSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 164, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015

Decided: December 10, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. ID. No. 1007020056.

AFFIRMED.

Morris FUCHS, et al., Plaintiffs Below–Appellants,

v.

WREN HOLDINGS, LLC, Javva Partners, LLC, Cameron Family Partnership, L.P., Catalyst Investors, L.P., Christopher Shipman, Andrew T. Dwyer, Dort A. Cameron, III, Howard Katz, and Troy Snyder, Defendants Below–Appellees.

No. 281, 2015

Supreme Court of Delaware.

Submitted: December 9, 2015

Decided: December 11, 2015

Court Below: Court of Chancery of the State of Delaware, in and for Kent County, C.A. No. 3940–VCN.

AFFIRMED.

John SCHAFFERMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 360, 2015

Supreme Court of Delaware.

Submitted: December 7, 2015

Decided: December 11, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 1210020297.

DISMISSED.

Stephen R. WINN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 480, 2015

Supreme Court of Delaware.

Submitted: October 20, 2015

Decided: December 11, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 0103012308.

AFFIRMED.